FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLS S. ANTHES, | ) NO. CV 07-7127-DDP (MAN) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| UNITED STATES OF AMERICA, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint filed by Plaintiff, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Plaintiff's "Opposition" to the Report and Recommendation. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on Plaintiff.
3
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6  DATED: 8-27-08            .
7
8                                           _____
                                             DEAN D. PREGERSON
9                                            UNITED STATES DISTRICT JUDGE