FILED
CLERK, U.S. DISTRICT COURT
AUG 2 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLS S. ANTHES, | NO. CV 07-7127-DDP (MAN) |
|     Plaintiff, | |
|   v. | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
|     Defendants. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 8-27-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE